(62 Misc. Rep. 512.)

### In re CLEMENT, State Excise Com'r.

(Supreme Court, Special Term, New York County. March, 1909.)

INTOXICATING LIQUORS (§ 106*)—PROCEEDINGS TO REVOKE LICENSE—DEFENSES—SURRENDER.

It is no defense to a proceeding to revoke a liquor tax certificate that it was surrendered prior to the discovery of the violation of the law and the commencement of the proceeding; but such a proceeding may be instituted at any time during the excise year for which the certificate was issued.

[Ed. Note.—For other cases, see Intoxicating Liquors, Dec. Dig. § 106.*]

Proceeding by Maynard N. Clement, as State Commissioner of Excise, for an order canceling liquor tax certificate No. 5,183, issued to James O'Neill. Order granted.

W. G. Van Loon, for petitioner.
Louis Speigel, for respondent.

NEWBURGER, J. The objection raised by the respondent that these proceedings should be dismissed for failure to begin proceedings within 30 days from the receipt of the certificate of surrender cannot be considered. It is no defense to an application for a revocation that the certificate had been surrendered prior to the discovery of the violation and the commencement of proceedings to revoke. Such proceedings may be instituted at any time during the excise year for which such certificate was issued. See People ex rel. Hupfel's Sons v. Cullinan, 95 App. Div. 598, 88 N. Y. Supp. 1022.

The order must be granted revoking the certificate. Settle order on notice.

Order granted.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes